# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA LIND,<br><br>　　　　　　　　　Plaintiff,<br>　　vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　　　Defendant. | CASE NO. 07CV1395-LAB (WMc)<br><br>ORDER GRANTING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff, a non-prisoner, proceeding *pro se*, has submitted a complaint to obtain judicial review of a final decision of the Commissioner of the Social Security Administration denying eligibility for Supplemental Security Income. Plaintiff has not paid the civil filing fee required to commence this action, but rather, has filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a).

Pursuant to § 1915(a), a court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay filing fees. See 28 U.S.C. §1915(a). Plaintiff has submitted an affidavit which sufficiently shows that she lacks the financial resources to pay filing fees.

/ / /

/ / /

Accordingly, the Court hereby **GRANTS** Plaintiff's motion to proceed in forma pauperis and **ORDERS** as follows:

1. The United States Marshal shall serve a copy of the complaint, summons and order granting leave to proceed in forma pauperis upon Defendant as directed by Plaintiff on U.S. Marshal Form 285. All costs of service shall be advanced by the United States.

2. Plaintiff shall serve upon Defendant or, if appearance has been entered by counsel, upon Defendant's counsel, a copy of every further pleading or other document submitted for consideration of the Court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the manner in which a true and correct copy of any document was served on Defendant or Defendant's counsel and the date of service. Any paper received by a District Judge or Magistrate Judge which has not been filed with the Clerk or which fails to include a Certificate of Service will be disregarded.

**IT IS SO ORDERED**.

DATED: August 9, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge