UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CYNTHIA LIND, | ) | Civil No.07cv1395 LAB (WMc) |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | |
| Defendants. | ) | |

Pursuant to Rule 16.1(e)(3) of the Local Rules, Early Neutral Evaluation/Case Management Conferences are not required in Social Security cases. Accordingly, IT IS HEREBY ORDERED that all pretrial motions in this case must be filed on or before *February 11, 2008.* Motions will not be heard or calendared unless counsel for the moving party has obtained a motion hearing date from the law clerk of the judge who will hear the motion. **Be further advised that the period of time between the date of request for a motion date and the hearing date may be up to two months. Please plan accordingly**. Failure to timely request a motion date may result in the motion not being heard.

**IT IS SO ORDERED.**

DATED: November 9, 2007

Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

HONORABLE LARRY A. BURNS, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD

1

07cv1395 LAB (WMc)